UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>ERBI KAU,<br><br>　　　　　Supervisee. | No. 16-cr-55-2 (RJS)<br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

    IT IS HEREBY ORDERED that Supervisee Erbi Kau shall appear before this Court on February 25, 2021 at 10:00 a.m. for a status conference concerning the specifications of violation of supervised release alleged by the Probation Office. In light of the ongoing COVID-19 pandemic, IT IS HEREBY ORDERED THAT by Wednesday, February 17, 2021, Kau and his counsel of record shall inform the Court in writing whether Kau prefers to appear in person or remotely via videoconference. If the latter, counsel shall review with Kau the attached Waiver of Right to be Present at Criminal Proceeding form, which shall then be executed and submitted to the Court. The Court will then issue further instructions concerning the requested videoconference.

SO ORDERED.

Dated:    February 9, 2021
               New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA

                   -v-

ERBI KAU,

                           Supervisee.
-------------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

16-CR-55-2 (RJS)

___   Supervised Release Conference

     I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date:   _____
        Signature of Defendant

       _____
        Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date:   _____
        Signature of Defense Counsel

       _____
        Print Name

**Accepted:**   _____
        Signature of Judge
        Hon. Richard J. Sullivan
        UNITED STATES CIRCUIT JUDGE
        Sitting by Designation

        Date: