UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

ERBI KAU,

        Supervisee.

No. 16-cr-55-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

Today, the Court received a letter from Vincent Romano, Supervisee's formerly retained counsel, stating that he will no longer be able to represent Mr. Kau going forward.  Accordingly, IT IS HEREBY ORDERED THAT Esereosonobrughe Joy Onaodowan is appointed as counsel pursuant to 18 U.S.C. § 3006A to represent Supervisee Erbi Kau at the February 25, 2021 presentment in this matter.  Ms. Onaodowan shall file a notice of appearance in Case No. 16-cr-55-2 and shall assist Supervisee in filling out a financial affidavit to be submitted prior to the presentment.  The Clerk of Court is respectfully directed to mail a copy of this order to Supervisee.

SO ORDERED.

Dated:       February 9, 2021
           New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation