UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA

                -v-

ERBI KAU,

                     Supervisee.

---------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

16-CR-55-2 (RJS)

☑  Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic. I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.

Date: 2/11/2021   /s/ Erbi Kau
                    Signature of Defendant

                    Erbi Kau
                    Print Name

I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form. I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.

Date: 2/11/2021   _____
                    Signature of Defense Counsel

                    Esere J. Onaodowan, Esq.
                  Print Name

**Accepted:** _____
                  Signature of Judge
                  Hon. Richard J. Sullivan
                  UNITED STATES CIRCUIT JUDGE
                  Sitting by Designation

                  Date: 2/25/21