UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ERBI KAU,

          Supervisee.

No. 16-cr-55-2 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    As ordered by the Court, Supervisee Kau's sentencing will take place on Thursday, April 15, 2021 at 10:00 a.m. via ZoomGov videoconference system. Chambers will email the parties directly in due course with further instructions for accessing the videoconference. Members of the public may monitor the conference via the Court's free audio line by dialing 1-888-363-4749 and using access code 3290725#.

SO ORDERED.

Dated:    April 7, 2021
           New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES CIRCUIT JUDGE
                                                Sitting by Designation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

ERBI KAU,
Supervisee.
-------------------------------------------------------------X

**WAIVER OF RIGHT TO BE PRESENT AT CRIMINAL PROCEEDING**

16-CR-55-2 (RJS)

___   Supervised Release Conference

I understand that I have a right to appear before a judge in a courtroom in the Southern District of New York at the time the conditions of my release on supervision or my remand to custody are discussed. I have discussed these rights with my attorney and wish to give up these rights for the period of time in which access to the courthouse has been restricted on account of the COVID-19 pandemic.  I request that my attorney and I be permitted to participate by telephone, or if it is reasonably available by videoconferencing, in any conference with the court at which such conditions or my remand are discussed.


Date:   _____
            Signature of Defendant


_____
            Print Name


I hereby affirm that I am aware of my obligation to discuss with my client the specifications of violation of supervised release, my client's rights to attend and participate in the criminal proceedings encompassed by this waiver, and this waiver form.  I affirm that my client knowingly and voluntarily consents to the proceedings being held without my client being physically present in court.


Date:   _____
            Signature of Defense Counsel


_____
            Print Name


**Accepted:**   _____
                        Signature of Judge
                        Hon. Richard J. Sullivan
                        UNITED STATES CIRCUIT JUDGE
                        Sitting by Designation

                        Date:

2